JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR10-5114RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE and PRETRIAL MOTIONS' DUE DATE |
| GREGORY CHANDLER ANDRUS | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Unopposed Motion to Continue Trial Date and Pretrial Motions' Due Date.

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel and any appendices thereto be sealed.

DONE this 27th day of May, 2010.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Miriam F. Schwartz*
MIRIAM F. SCHWARTZ
Attorney for Defendant

ORDER SEALING AFFIDAVIT OF COUNSEL – page 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710